JS - 6

1  MARC A. KARLIN, ESQ.  SBN 137558
   **KARLIN & KARLIN**
2  A Professional Law Corporation
   3701 Wilshire Boulevard, Suite 1035
3  Los Angeles, California  90010
   (213) 365-1555
4  (213) 383-1166 facsimile
   mkarlin@karlaw.com

Attorneys for PLAINTIFFS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALI YOUSSEF CHEHADE; ROLA ALI CHEHADE,<br><br>            Plaintiffs,<br><br>     vs.<br><br>DAVID M. DOUGLAS, DISTRICT DIRECTOR OF THE UNITED STATES BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES, LOS ANGELES DISTRICT OFFICE; ALEJANDRO MAYORKOS, DIRECTOR, UNITED STATES BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES; TODD OWEN, DIRECTOR OF LOS ANGELES FIELD OPERATIONS OFFICE, UNITED STATES CUSTOMS AND BORDER PROTECTION; DAVID V. AGUILAR, ACTING COMMISSIONER, UNITED STATES CUSTOMS AND BORDER PROTECTION; JANET NAPOLITANO, SECRETARY OF THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and, UNITED STATES OF AMERICA,<br><br>            Defendants.<br>_____ | CASE NO. CV 12-5838-DMG (Ex)<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL  [14]** |

1  PURSUANT TO THE STIPULATION OF THE PARTIES, the above-captioned
2  action is dismissed without prejudice.  The Scheduling Conference currently scheduled
3  for January 17, 2013 is hereby VACATED.

6  IT IS SO ORDERED.

7  Date: January 17, 2013

_____
DOLLY M. GEE
United States District Judge