1   MARC A. KARLIN, ESQ.  SBN 137558
     **KARLIN & KARLIN**

2   A Professional Law Corporation
     3701 Wilshire Boulevard, Suite 1035

3   Los Angeles, California  90010
     (213) 365-1555

4   (213) 383-1166 facsimile
     mkarlin@karlaw.com

5

6   Attorneys for PLAINTIFFS

JS - 6

7

8

9           UNITED STATES DISTRICT COURT

10         CENTRAL DISTRICT OF CALIFORNIA

11               WESTERN DIVISION

12

13  ALI YOUSSEF CHEHADE; ROLA ALI  )  CASE NO. CV 12-5838-DMG (Ex)
    CHEHADE,  )

14                        )
                        )  **ORDER GRANTING VOLUNTARY**

15        Plaintiffs,  )  **DISMISSAL   [14]**
                        )

16     vs.  )
                        )

17  DAVID M. DOUGLAS, DISTRICT  )
    DIRECTOR OF THE UNITED STATES  )

18  BUREAU OF CITIZENSHIP AND  )
    IMMIGRATION SERVICES, LOS  )

19  ANGELES DISTRICT OFFICE;  )
    ALEJANDRO MAYORKOS, DIRECTOR,  )

20  UNITED STATES BUREAU OF  )
    CITIZENSHIP AND IMMIGRATION  )

21  SERVICES; TODD OWEN, DIRECTOR  )
    OF LOS ANGELES FIELD OPERATIONS )

22  OFFICE, UNITED STATES CUSTOMS  )
    AND BORDER PROTECTION; DAVID  )

23  V. AGUILAR, ACTING  )
    COMMISSIONER, UNITED STATES  )

24  CUSTOMS AND BORDER  )
    PROTECTION; JANET NAPOLITANO,  )

25  SECRETARY OF THE UNITED STATES )
    DEPARTMENT OF HOMELAND  )

26  SECURITY; and, UNITED STATES OF  )
    AMERICA,  )

27        Defendants.

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

    PURSUANT TO THE STIPULATION OF THE PARTIES, the above-captioned action is dismissed without prejudice.  The Scheduling Conference currently scheduled for January 17, 2013 is hereby VACATED.


    IT IS SO ORDERED.

Date: January 17, 2013

_____
DOLLY M. GEE
United States District Judge